FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2018 MAR -6 PM 4: 02

CLERK_____
SO. DIST. OF GA

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

LORIE ANN MORRIS LINDSAY,          *
individually and as administrator of the Estate   *
of DYLAN RYAN MORRIS, and on behalf   *
of the heirs of DYLAN RYAN MORRIS,   *
                                   *
        Plaintiff,          *          CIVIL ACTION NO.: 5:17-cv-5
                                   *
    v.                          *
                                   *
CSX TRANSPORTATION, INC.; and LEON   *
BELL,                               *
                                   *
        Defendants.          *

## ORDER

Presently before the Court is the Magistrate Judge's January 26, 2018, Report and Recommendation, dkt. no. 35, to which the parties did not object. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court.

The Court **GRANTS** Plaintiff's Motion to Add Defendants. Dkt. No. 25. Accordingly, the Court **AUTHORIZES** and **DIRECTS** the Clerk of Court to add Alvin Young, Mike Spurlock, Gary Holmes, and Troy Grace as Defendants to the docket and record of this case.

The Court further **DIRECTS** the Clerk of Court to **REMAND** this case to the Superior Court of Brantley County, Georgia, and **CLOSE** this case.

**SO ORDERED**, this ___6___ day of ___March___ , 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)